**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

July 11, 2008

RECEIVED JUL 11 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

**BY FACSIMILE**
The Honorable Robert P. Patterson, Jr.
United States District Judge
United States Courthouse
500 Pearl Street, Suite 2550
New York, New York  10007

    Re:   Valdez v. United States, et al.,
          08 Civ. 4424 (RPP)

MEMO ENDORSED

Dear Judge Patterson:

    We write respectfully on behalf of defendants, the United States and Special Agent Joseph Mercurio of the Drug Enforcement Administration ("DEA"), to request an extension of sixty days, from July 14, 2008, to September 12, 2008, to respond to the complaint in this case. Plaintiff's complaint asserts tort and constitutional claims against the United States and Special Agent Mercurio.

    We request this extension of time because this Office has not yet received authorization to represent Special Agent Mercurio. The request for representation is currently in process. This is the defendants' first request for an extension of time to respond to the complaint. Counsel for the plaintiff consents to this request.

    We thank the Court for its consideration of this request.

*Application Granted*
*So Ordered*
*Robert P. Patterson*
*USDJ*
*7/11/08*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
WENDY H. WASZMER
Assistant United States Attorney
Tel. No.: (212) 637-2729
Fax. No.: (212) 637-2717

cc: C. MICHELLE CLEMMENS, ESQ.
    Taub & Marder
    450 Seventh Avenue, 37th Floor
    New York, New York 10123 (By facsimile and first-class mail)